UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>JAMES ROBERT SHECKLES,<br><br>Defendant. | CASE NO.: CR 17-457-SVW<br><br>AMENDED JUDGMENT AND COMMITMENT ORDER |

WHEREAS, on May 3, 3021, came the attorney for the government, Jeffrey Chemirinsky, and the defendant appeared via video with Deputy Federal Public Defender Howard Shneider, appointed counsel; and the Court having held a preliminary revocation of supervised release hearing on the allegations as set forth in the Petition on Probation and Supervised Release filed January 20, 2021 and April 6, 2021.

WHEREAS, on May 3, 2021, the defendant having admitted allegations 1, 3 and 5, the Court finds that the defendant violated the conditions of the supervised release order imposed on June 4, 2018.

IT IS ADJUDGED, upon the findings of the Court, supervised release is revoked, vacated, and set aside. The defendant is committed to the custody of the Bureau of Prisons for a period of FOURTEEN (14) MONTHS.

Upon release from confinement, the defendant shall be placed on supervised release for a period of 22 months, under the same terms and conditions as originally ordered with the following special conditions:

1. The defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and the Second Amended General Order 20-04.

2. During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment approved by the United States Probation Office for treatment of narcotic addition or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Probation Director and Probation Officer.

The Court recommends the defendant be housed a FCI Terre Haute.

The defendant is advised of his right to appeal.

IT IS ORDERED that the Clerk deliver a copy of this judgment modifying supervised release to the U.S. Marshal and the U.S. Probation Office, or other qualified officer.

DATE: May 3, 2021

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

DATE: May 3, 2021

KIRY K. GRAY, CLERK OF COURT

by  /s/ G. Garcia
Gabriela Garcia, Deputy Clerk